Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>        Plaintiffs,<br>  v.<br>ABELINA SANCHEZ,<br><br>        Defendant. | Case No.: C06-3457 JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1

*EX PARTE* APPLICATION
CASE NO. C06-3457 JSW
#25656 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently
2  set for September 29, 2006, at 1:30 p.m. sixty (60) days to December 1, 2006. The Clerk of this
3  Court entered default against Defendant on August 28, 2006. However, since that date, the parties
4  have been in correspondence and are now hopeful to arrange a settlement. No settlement has been
5  finalized, however Plaintiffs now seek to continue the case management conference in order to
6  proceed with settlement discussions, and because no case management conference is necessary at
7  this time. Plaintiffs respectfully request the Court to continue the case management conference
8  currently set for September 29, 2006, sixty (60) days to December 1, 2006.

DATED: September 21, 2006    THOMAS M. KERR
                             HOLME ROBERTS & OWEN LLP


                             By: _____/s/ *Thomas Kerr*_____
                                 Thomas M. Kerr
                                 Attorney for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for September 29, 2006, at 1:30 p.m. is hereby continued to December 1, 2006.

Dated: September 26, 2006    By: _____/s/ Jeffrey S. White_____
                                 Honorable Jeffrey S. White
                                 United States District Judge

2

*EX PARTE* APPLICATION
CASE NO. C06-3457 JSW
#25656 v1