IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. et al.,

    Plaintiffs,

v.

ABELINA SANCHEZ,

    Defendant.

No. C 06-03457 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment against defendants Mora Construction, Inc. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: November 28, 2006

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

cc: Wings Hom