UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, et al., | |
| Plaintiff(s), | No. C06-3457 JSW (BZ) |
| v. | **SCHEDULING ORDER** |
| ABELINA SANCHEZ, | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiff's motion for default judgment is set for **Wednesday, January 24, 2007, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Compliance with 50 App. U.S.C. 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. See 50 App. U. S.C. 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980) (interpreting 50 App. U.S.C. 520(1), predecessor to 50 App.

1

U.S.C . 521(b)(1)).  The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiffs should be prepared to prove all other elements of their case by competent testimony or other admissible evidence.  If plaintiff intends to prove facts by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim.  Seven days before the hearing, on Wednesday, January 17, 2007, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated: December 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UMG Recordings v. Sanchez\SCHEDULING.ORDER.wpd

2