IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. et al.,

    Plaintiffs,

v.

ABELINA SANCHEZ,

    Defendant.

No. C 06-03457 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation re Plaintiffs' Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: February 12, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE