1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. et al.,

        Plaintiffs,

  v.

ABELINA SANCHEZ,

        Defendant.

_____/

No. C 06-03457 JSW

**JUDGMENT**

     It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is dismissed with prejudice.  The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $8,670.00, which includes $8,250.00 in statutory damages and $420.00 in litigation costs.  In addition, the Court grants Plaintiffs' request for injunctive relief.

     **IT IS SO ORDERED.**

Dated:  February 12, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE